IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MANDI CORDELL**                                                                                   **PLAINTIFF**

v.                                    **CASE NO. 3:22-CV-00321-BSM**

**DAVID WEST** *et al.*                                                                      **DEFENDANTS**

## ORDER

Having reviewed Mandi Cordell's complaint [Doc. No. 1] and considered defendants' motion to dismiss [Doc. No. 3], Cordell's request for leave to amend her complaint [Doc. Nos. 6 at 2, 6-1 at 1] is granted. *See* Fed. R. Civ. P. 15(a)(2). Cordell has fourteen days to amend her complaint and properly serve defendants. Defendants' motion to dismiss [Doc. No. 3] is denied as moot, but it may be renewed after Cordell has amended the complaint or after her time to do so has expired. The initial scheduling order remains in effect. *See* Doc. No. 5.

IT IS SO ORDERED this 24th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE