IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MANDI J. CORDELL**                                                                                       **PLAINTIFF**

v.                              **CASE NO. 3:22-CV-00321 BSM**

**DAVID WEST, et al.**                                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 24th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE